AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __NEVADA__

362847   0548 C124 D460E

UNITED STATES OF AMERICA

V.

PALLE BOGNAES

**WARRANT FOR ARREST**

16-6194 MJ

Case Number: CR-N-99-0005-DWH

COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PALLE BOGNAES__
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Pretrial Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)   violations of pretrial release.

in violation of Title __18__ United States Code, Section(s) __3148(b)__

Lisa Mann
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

January 14, 2005   Reno, NV
Date                        Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A: vs. PALLE BOGNAES          Docket No. CR-N-99-5-DWH

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW MARY KATHRYN BAKER, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant PALLE BOGNAES, who was placed under pretrial release supervision by the Honorable DAVID W. HAGEN sitting in the Court at Reno, on JULY 13, 2001, under the following conditions:

Pretrial Services supervision; travel restricted to California and Nevada unless otherwise approved by Pretrial Services; maintain residence and do not move without prior approval of Pretrial Services; and, do not utilize any name or obtain identification in any name other than Palle Bognaes.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant is in violation of the following conditions:
1) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed; and,
2) Maintain residence and do not move without prior approval of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER THAT THE WARRANT PREVIOUSLY ISSUED ON MARCH 12, 2002, BE RECALLED AND THAT A NEW WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE, FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED, PURSUANT TO 18 U.S.C. 3148 (b).

ORDER OF COURT

Considered and ordered this __13TH__ day of __Jan__, 20_05_ and ordered filed and made a part of the records in the above case.

_____
Honorable David W. Hagen
Senior United States District Judge

I declare under penalty of perjury that the information contained herein is true and correct. Executed this 16th day of December, 2004.

Respectfully,

_____
Mary Kathryn Baker
Senior U.S. Pretrial Services Officer

Place: Reno, NV

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By: _____
    Deputy Clerk

350

UNITED STATES OF AMERICA
v.
PALLE BOGNAES
CR-N-99-5-DWH

## VIOLATION OF CONDITIONAL RELEASE

1) **The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.** Mr. Bognaes failed to surrender for sentence on March 11, 2002, as ordered on January 28, 2002.

2) **Maintain residence and do not move without prior approval of Pretrial Services.** The U. S. Marshal's Service has advised us that they attempted to locate the defendant at his address in Las Vegas, Nevada, on March 11, and they were advised that the occupants at that location evicted the defendant on March 7. His whereabouts are unknown.

Approved: _____
James J. Kingera, Supervisor